E-filing

1  GREENBERG TRAURIG, LLP
   José A. Isasi, II
2  (Subject to Admission Pro Hac Vice)
   77 West Wacker Drive Suite 2500,
3  Chicago IL 60601
4  Telephone: (312) 456-8400
   Facsimile: (312) 456-8435
5  isasij@gtlaw.com

6  Lisa L. Halko - SBN 148873
   1201 K Street, Suite 1100
7  Sacramento, CA  95814-3938
   Telephone: (916) 442-1111
8  Facsimile:  (916) 448-1709
   halkol@gtlaw.com
9
   Attorneys for Defendants
10 Johnson Controls, Inc., and
   Johnson Controls, Northern New Mexico
11

ORIGINAL FILED
JAN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                                          C08-00548  EMC

15 DANA LEMANSKI,                )   CASE NO.
                                 )
16         Plaintiff,             )   NOTICE OF REMOVAL
                                 )   BY DEFENDANT JOHNSON
17 v.                             )   CONTROLS, NORTHERN NEW
                                 )   MEXICO
18 REGENTS OF THE UNIVERSITY OF   )
   CALIFORNIA; JOHNSON CONTROLS, INC.,)   BY FAX
19 a Wisconsin corporation; and JOHNSON)
   CONTROLS, NORTHERN NEW MEXICO, a )
20 New Mexico corporation,        )
                                 )
21         Defendants.            )

22 TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT,
         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION.
23

24       PLEASE TAKE NOTICE THAT Defendant Johnson Controls, Northern New Mexico,

25 removes to this Court the state court action described below.

26       1.      On September 26, 2007, a complaint was filed in the Superior Court of

27 California, in and for the County of Alameda, entitled Dana Lemanski v. Regents of the

28 University of California, et al., Case No. RG07348199. Johnson Controls, Northern New