GREENBERG TRAURIG, LLP
José A. Isasi, II
(Subject to Admission Pro Hac Vice)
77 West Wacker Drive Suite 2500,
Chicago IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
isasij@gtlaw.com

Lisa L. Halko - SBN 148873
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
halkol@gtlaw.com

Attorneys for Defendants
Johnson Controls, Inc., and
Johnson Controls, Northern New Mexico

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LEMANSKI, | CASE NO. C08-00548 |
| Plaintiff, | JOINDER IN NOTICE OF REMOVAL OF ACTION |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; JOHNSON CONTROLS, INC., a Wisconsin corporation; and JOHNSON CONTROLS, NORTHERN NEW MEXICO, a New Mexico corporation, | |
| Defendants. | |

Defendant Johnson Controls, Inc., joins in the removal to this court of the state court action described in the Notice of Removal of Johnson Controls, Northern New Mexico.

January 24, 2008                    GREENBERG TRAURIG LLP

By: _____
José A. Isasi, II
Lisa L. Halko
Attorneys for Defendants
JOHNSON CONTROLS, INC., and JOHNSON CONTROLS, NORTHERN NEW MEXICO

NOTICE OF REMOVAL                                              Case No.