1  GREENBERG TRAURIG, LLP
   José A. Isasi, II
2  (Subject to Admission Pro Hac Vice)
   77 West Wacker Drive Suite 2500,
3  Chicago IL 60601
4  Telephone: (312) 456-8400
   Facsimile: (312) 456-8435
5  isasij@gtlaw.com

6  Lisa L. Halko - SBN 148873
   1201 K Street, Suite 1100
7  Sacramento, CA 95814-3938
   Telephone: (916) 442-1111
8  Facsimile: (916) 448-1709
   halkol@gtlaw.com
9
   Attorneys for Defendants
10 Johnson Controls, Inc., and
   Johnson Controls, Northern New Mexico
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 DANA LEMANSKI,                    ) CASE NO. C08-00548 EMC ADR
                                     )
16      Plaintiff,                   ) **PROOF OF SERVICE**
                                     )
17 v.                                )
                                     )
18 REGENTS OF THE UNIVERSITY OF      )
   CALIFORNIA; JOHNSON CONTROLS, INC.,)
19 a Wisconsin corporation; and JOHNSON )
   CONTROLS, NORTHERN NEW MEXICO, a )
20 New Mexico corporation,           )
                                     ) **Assigned to:**
21      Defendants.                  ) **Magistrate Judge Edward M. Chen**

22

23

24

25

26

27

28

**DECLARATION OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am an employee of Greenberg Traurig LLP, and my business address is 1201 K Street, Suite 1100, Sacramento, CA 95814. On this day I caused to be served the following document(s):

1. CIVIL CASE COVER SHEET (PREVIOUSLY SERVED ON PLAINTIFFS' COUNSEL BY MAIL ON 1/24/2008)

2. NOTICE OF REMOVAL BY DEFENDANT JOHNSON CONTROLS, NORTHERN NEW MEXICO (PREVIOUSLY SERVED ON PLAINTIFFS' COUNSEL BY MAIL ON 1/24/2008)

3. JOINDER IN NOTICE OF REMOVAL OF ACTION (PREVIOUSLY SERVED ON PLAINTIFFS' COUNSEL BY MAIL ON 1/24/2008)

4. NOTICE OF ASSIGNMENT OF CASE TO UNITED STATES MAGISTRATE JUDGE FOR TRIAL (WITH CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE)

5. ECF REGISTRATION INFORMATION HANDOUT

6. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

7. STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN

8. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA - CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

☒ By placing a true copy, in a sealed envelope, with postage fully prepaid, in the United States Post Office mail at Sacramento, California, addressed as set forth below. I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mail box after the close of the day's business.

☐ By personal delivery of a true copy to the person and at the address set forth below.
☐ By Federal Express Mail to the person and at the address set forth below.
☐ By transmitting a true copy by facsimile to the person and at the facsimile number set forth below.

Steve C. Smith                                  *Attorneys for Plaintiff*
William D. Chapman
Robert J. Hadlock
SMITH, CHAPMAN & CAMPBELL
1800 North Broadway, Suite 200
Santa Ana, CA 92706
(714) 550-7720
(714) 550-1251 fax

Michael A. Laurenson  
GORDON & REES, LLP  
275 Battery Street, Suite 2000  
San Francisco, CA 94111  
(415) 986-5900  
(415) 262-3713 fax  

*Attorneys for Defendant*  
REGENTS OF THE UNIVERSITY OF CALIFORNIA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on *January 31, 2008,* at Sacramento, California.

_____  
IVONE CUYUN

---

3  
PROOF OF SERVICE