1  MICHAEL T. LUCEY  (SBN: 99927)
   MICHAEL A. LAURENSON  (SBN: 190023)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA  94111
4  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
5
   Attorneys for Defendant
6  THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 DANA LEMANSKI,                    )  CASE NO. C08-00548 EMC
                                     )
11              Plaintiff,            )  **DEFENDANT THE REGENTS'**
                                     )  **NOTICE OF MOTION AND**
12     vs.                           )  **MOTION TO DISMISS**
                                     )  **(FRCP 12(b)(6))**
13 REGENTS OF THE UNIVERSITY OF      )
   CALIFORNIA, et al.                )  Accompanying Documents:
14                                   )  MEMORANDUM OF POINTS AND
                Defendants.          )  AUTHORITIES; DECLARATION OF
15                                   )  MICHAEL A. LAURENSON;
                                     )  PROPOSED ORDER
16                                   )

17                                      Date:  March 26, 2008
                                        Time:  10:30 a.m.
18                                      Courtroom:  C, 15th Floor
                                        Judge:  Magistrate Edward M. Chen
19

20 TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

21     PLEASE TAKE NOTICE that defendant THE REGENTS OF THE UNIVERSITY OF

22 CALIFORNIA will and hereby does move the Court to dismiss plaintiff's seventh cause of

23 action under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which

24 relief can be granted on the following grounds:

25     1.   Since plaintiff's claims are based on his alleged exposure to toxic substances

26 while working as a contractor employee at a designated Department of Energy facility, his

27 claims are completely preempted by the Energy Employees Occupational Illness Compensation

28 Program Act ("EEOICPA" or "the Act"), 42 U.S.C. § 7384 *et seq.*

-1-

2. Government Code Section 835 does not apply to the extraterritorial conduct of defendant which is the subject of the seventh cause of action.

3. Plaintiff's First Amended Complaint does not allege sufficient facts to support a cause of action under Government Code Section 835.

The motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities and Declaration of Michael A. Laurenson in Support Thereof, filed herewith, and the pleadings and papers on file herein.

Dated: February 7, 2008

GORDON & REES LLP

By: _____
Michael A. Laurenson
Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA