MICHAEL T. LUCEY (SBN: 99927)
MICHAEL A. LAURENSON (SBN: 190023)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LEMANSKI,<br><br>            Plaintiff,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF<br>CALIFORNIA, et al.<br><br>            Defendants. | CASE NO. C08-00548 EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE REGENTS' MOTION TO DISMISS** |

    Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA's Motion to Dismiss the Seventh Cause of Action of Plaintiff DANA LEMANSKI's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) came on regularly before this Court for hearing on March 26, 2008, at 10:30 a.m. The Court having read the papers submitted in support of and in opposition to said motion and having considered the arguments of counsel, and on good cause appearing therefore,

    IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is <u>granted</u>.

    Since plaintiff's claims are based on his alleged exposure to toxic substances while working as a contractor employee at a designated Department of Energy facility, his claims are

-1-
[PROPOSED] ORDER GRANTING THE REGENTS' MOTION TO DISMISS – CASE NO. C08-00548 EMC

completely preempted by the Energy Employees Occupational Illness Compensation Program Act. 42 U.S.C. § 7385c(d).

    In addition, California Government Code Section 835 does not apply to the extraterritorial conduct of defendant which is the subject of the seventh cause of action. *Churchill Village, LLC v. General Electric Co.*, 169 F.Supp.2d 1119, 1126 (N.D.Cal.2000).

    IT IS SO ORDERED.

Dated: _____, 2008

                                                    UNITED STATES MAGISTRATE JUDGE