1  MICHAEL T. LUCEY (SBN: 99927)
   MICHAEL A. LAURENSON (SBN: 190023)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for Defendant
6  THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA
7

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10 DANA LEMANSKI,                    )  CASE NO. C08-00548 EMC
                                     )
11              Plaintiff,           )  **PROOF OF SERVICE**
                                     )
12     vs.                           )
                                     )
13 REGENTS OF THE UNIVERSITY OF      )
   CALIFORNIA, et al.                )
14                                   )
                Defendants.          )
15                                   )
                                     )
16                                   )

17

18

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

-1-
PROOF OF SERVICE – CASE NO. C08-00548 EMC

(Left margin: Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111)

1  I am a resident of the State of California, over the age of eighteen years, and not a party
2  to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite
3  2000, San Francisco, CA 94111. On February 7, 2008, I served the within documents:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;**

**DEFENDANT THE REGENTS' NOTICE OF MOTION AND MOTION TO DISMISS (FRCP 12(b)(6));**

**DEFENDANT THE REGENTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS (FRCP 12(b)(6));**

**DECLARATION OF MICHAEL A. LAURENSON IN SUPPORT OF DEFENDANT THE REGENTS' MOTION TO DISMISS (FRCP 12(b)(6));**

**[PROPOSED] ORDER GRANTING DEFENDANT THE REGENTS' MOTION TO DISMISS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above via Docket Rocket to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

| | |
|---|---|
| William D. Chapman<br>Smith Chapman & Campbell<br>1800 N. Broadway, Suite 200<br>Santa Ana, CA 92706 | Robert J. Hadlock<br>Smith Chapman & Campbell<br>1800 N. Broadway, Suite 200<br>Santa Ana, CA 92706 |
| Jose A. Isasi, II<br>Greenberg Traurig LLP<br>77 West Wacker Drive, Suite 2500<br>Chicago, IL 60601 | Steven Craig Smith<br>Attorney at Law<br>1800 N. Broadway, Suite 200<br>Santa Ana, CA 92706 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 7, 2008, at San Francisco, California.

_____
Karen Sheehy

-2-
PROOF OF SERVICE – CASE NO. C08-00548 EMC

UCR/1048908/5351769v.1