GREENBERG TRAURIG, LLP
Lisa L. Halko - SBN 148873
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
halkol@gtlaw.com

José A. Isasi, II
(Subject to Admission Pro Hac Vice)
77 West Wacker Drive Suite 2500,
Chicago IL 60601
Telephone:  (312) 456-8400
Facsimile:  (312) 456-8435
isasij@gtlaw.com


Attorneys for Defendants
Johnson Controls, Inc., and
Johnson Controls, Northern New Mexico, LLC


### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA


DANA LEMANSKI,                                  ) CASE NO.  C 08-00548 EMC ADR
                                                )
     Plaintiff,                               )
                                                )
v.                                              ) **CONSENT TO PROCEED BEFORE A**
                                                ) **UNITED STATES MAGISTRATE**
                                                ) **JUDGE**
REGENTS OF THE UNIVERSITY OF                    )
CALIFORNIA; JOHNSON CONTROLS, INC.,)
a Wisconsin Corporation; JOHNSON                )
CONTROLS, NORTHERN NEW MEXICO,                  )
and DOES 1 to 100, inclusive,                   )
                                                )
     Defendants.                              ) Magistrate Judge Edward M. Chen


CONSENT TO PROCEED BEFORE A UNITED SATTES MAGISTRATE JUDGE

     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all

further proceedings in the case, including trial, and order the entry of final judgment.  Appeal

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

1 | from the judgment shall be taken directly to the United States Court of Appeals for the Ninth

2 | Circuit.

3 | February 7, 2008                     Respectfully submitted,

4 |                                      GREENBERG TRAURIG, LLP

5 |

6 | By: _____

7 |     José A. Isasi, II
       Lisa L. Halko
       Attorneys for Defendants

8 |     JOHNSON CONTROLS, INC., and
       JOHNSON CONTROLS, NORTHERN

9 |     NEW MEXICO, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE