GREENBERG TRAURIG, LLP
Lisa L. Halko - SBN 148873
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
halkol@gtlaw.com

José A. Isasi, II
(Subject to Admission Pro Hac Vice)
77 West Wacker Drive Suite 2500,
Chicago IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
isasij@gtlaw.com

Attorneys for Defendants
Johnson Controls, Inc., and
Johnson Controls, Northern New Mexico, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LEMANSKI, | CASE NO. C 08-00548 EMC ADR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT JOHNSON CONTROLS OF NORTHERN NEW MEXICO, LLC'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)** |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; JOHNSON CONTROLS, INC., a Wisconsin Corporation; JOHNSON CONTROLS, NORTHERN NEW MEXICO, and DOES 1 to 100, inclusive, | |
| Defendants. | Magistrate Judge Edward M. Chen |

Defendant Johnson Controls of Northern New Mexico, LLC's Motion to Dismiss pursuant to FRCP 12(b)(6) came on regularly before this Court on March 26, 2008, at 10:30 a.m. The Court having read the papers submitted in support of and in opposition to said motion and having considered the arguments of counsel, and on good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is granted.

IT IS SO ORDERED.

DATED: _____          _____
                                        MAGISTRATE JUDGE EDWARD M. CHEN