GREENBERG TRAURIG, LLP
José A. Isasi, II
(Subject to Admission Pro Hac Vice)
77 West Wacker Drive Suite 2500,
Chicago IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
isasij@gtlaw.com

Lisa L. Halko - SBN 148873
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
halkol@gtlaw.com

Attorneys for Defendants
Johnson Controls, Inc., and
Johnson Controls, Northern New Mexico, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LEMANSKI,<br><br>    Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; JOHNSON CONTROLS, INC., a Wisconsin corporation; and JOHNSON CONTROLS, NORTHERN NEW MEXICO, a New Mexico corporation,<br><br>    Defendants. | CASE NO. C 08-00548 EMC ADR<br><br>**JOINDER IN MOTION OF JOHNSON CONTROLS NORTHERN NEW MEXICO LLC TO DISMISS PURSUANT TO FRCP 12(b)(6)**<br><br>**Assigned to:**<br>**Magistrate Judge Edward M. Chen** |

Defendant Johnson Controls, Inc., joins in the motion to dimiss filed this date by Johnson Controls of Northern New Mexico, LLC.

February 7, 2008                    GREENBERG TRAURIG, LLP

                                    By: _/s/_____
                                        José A. Isasi, II
                                        Lisa L. Halko
                                    Attorneys for Defendants
                                    JOHNSON CONTROLS, INC., and
                                    JOHNSON CONTROLS, NORTHERN
                                    NEW MEXICO, LLC

1

**JOINDER IN MOTION OF JOHNSON CONTROLS NORTHERN NEW MEXICO LLC TO DISMISS PURSUANT TO FRCP 12(b)(6)**