GREENBERG TRAURIG, LLP
José A. Isasi, II
(Subject to Admission Pro Hac Vice)
77 West Wacker Drive Suite 2500,
Chicago IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
isasij@gtlaw.com

Lisa L. Halko - SBN 148873
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
halkol@gtlaw.com

Attorneys for Defendants
Johnson Controls, Inc., and
Johnson Controls, Northern New Mexico, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LEMANSKI,<br><br>    Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; JOHNSON CONTROLS, INC., a Wisconsin corporation; and JOHNSON CONTROLS, NORTHERN NEW MEXICO, a New Mexico corporation,<br><br>    Defendants. | CASE NO. C08-00548 EMC ADR<br><br>**REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE AND DECLARATION OF LISA L. HALKO IN SUPPORT; PROPOSED ORDER**<br><br>Assigned to:<br>**Magistrate Judge Edward M. Chen** |

    Defendants Johnsons Controls, Inc., and Johnson Controls, Northern New Mexico, LLC, respectfully request that the Court reschedule the Case Management Conference now set for April 30, 2008, to March 26, 2008, so that it may be heard with the motion to dismiss this action pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), which is filed and served with this request.

1

**REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE AND DECLARATION OF LISA L. HALKO IN SUPPORT; PROPOSED ORDER**

# DECLARATION OF LISA L. HALKO

I, Lisa L. Halko, declare:

1. I am an attorney admitted to practice in California, and a shareholder of Greenberg Traurig LLP, attorneys for defendants Johnson Controls, Inc., and Johnson Controls, Northern New Mexico, LLC. I have personal knowledge of the following facts and, if called, could and would testify to their truth.

2. On February 4, 2008, I spoke with Ms. Betty Fong, Clerk to Magistrate Judge Chen. I asked Ms. Fong for the next civil law-and-motion date conveniently available to the court, on which the motion to dismiss filed with this declaration might be scheduled. Ms. Fong informed me that March 26, 2008, at 10:30, would be the first day on which the court could conveniently hear this motion.

3. I also informed Ms. Fong that the Case Management Conference in this matter had been scheduled for a date on which Mr. José Isasi of my firm would be unable to attend. I asked whether the Case Management Conference could be rescheduled to the same day as the motion to dismiss. Ms. Fong stated that where two matters are set within a short time, is to consolidate them. She advised me to file this request to re-set the CMC so that it could be heard at the same time as the motion to dismiss, on March 26, 2008, at 10:30 a.m.

5. José Isasi of this firm telephoned counsel for the plaintiff and for co-defendant Regents of the University of California, to ask whether they object to this request. Counsel for the Regents consents to this proposal. Counsel for the plaintiff has not objected.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 7 day of February, 2008, at Sacramento, California.

_____
Lisa L. Halko

## ORDER

IT IS SO ORDERED:

Dated: _____   _____
Magistrate Judge Edward M. Chen

2

**REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE AND DECLARATION OF LISA L. HALKO IN SUPPORT; PROPOSED ORDER**