1  GREENBERG TRAURIG, LLP
   José A. Isasi, II
2  (Subject to Admission *Pro Hac Vice*)
   77 West Wacker Drive Suite 2500,
3  Chicago IL 60601
   Telephone: (312) 456-8400
4  Facsimile: (312) 456-8435
5  isasij@gtlaw.com

6  Lisa L. Halko - SBN 148873
   1201 K Street, Suite 1100
7  Sacramento, CA 95814-3938
   Telephone: (916) 442-1111
8  Facsimile: (916) 448-1709
   halkol@gtlaw.com
9

10 Attorneys for Defendants
   Johnson Controls, Inc. and
11 Johnson Controls, Northern New Mexico, LLC

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16 DANA LEMANSKI,                    )   CASE NO. C 08-00548 EMC ADR
                                     )
17     Plaintiff,                    )   ALAMEDA COUNTY SUPERIOR
                                     )   COURT CASE NO.: RG07348199
18 v.                                )
                                     )   **APPLICATION FOR ADMISSION OF**
19 REGENTS OF THE UNIVERSITY OF      )   **ATTORNEY *PRO HAC VICE***
   CALIFORNIA; JOHNSON CONTROLS,     )
20  INC., a Wisconsin Corporation; and )  [Proposed Order Filed Concurrently]
   JOHNSON CONTROLS NORTHERN NEW )
21 MEXICO, a New Mexico Company of   )
   unknown form; and DOES 2 to 100, inclusive,)
22                                   )
       Defendants.
23 _____

24     Pursuant to Civil L.R. 11-3, José A. Isasi, II, an active member in good standing of the

25 bar of Illinois, hereby applies for admission to practice in the Northern District of California on

26 a *pro hac vice* basis representing Defendants Johnson Controls, Inc. and Johnson Controls,

27 Northern New Mexico in the above-entitled action.

28     In support of this application, I certify on oath that:

                                     1
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

1. I am an active member in good standing of a United States Court or of the highest court to another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Lisa L. Halko,
> Greenberg Traurig, LLP,
> 1201 K Street, Suite 1100,
> Sacramento, California 95814,
> (916) 442-1111.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 24, 2008

By: _____
JOSÉ A. ISASI, II
Attorney for Defendants
JOHNSON CONTROLS, INC. and
JOHNSON CONTROLS, NORTHERN NEW MEXICO, LLC