GREENBERG TRAURIG, LLP
José A. Isasi, II
(Subject to Admission Pro Hac Vice)
77 West Wacker Drive Suite 2500,
Chicago IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
isasij@gtlaw.com

Lisa L. Halko - SBN 148873
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
halkol@gtlaw.com

Attorneys for Defendants
Johnson Controls, Inc. and
Johnson Controls, Northern New Mexico, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LEMANSKI,<br><br>    Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; JOHNSON CONTROLS, INC., a Wisconsin Corporation; and JOHNSON CONTROLS NORTHERN NEW MEXICO, a New Mexico Company of unknown form; and DOES 2 to 100, inclusive,<br><br>    Defendants. | CASE NO. C 08-00548 EMC ADR<br><br>ALAMEDA COUNTY SUPERIOR COURT CASE NO.: RG07348199<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

José A. Isasi, II, an active member in good standing of the bar of the State Courts of Illinois whose business address and telephone number are:

>  José A. Isasi, II
>  GREENBERG TRAURIG, LLP
>  77 West Wacker Drive Suite 2500,
>  Chicago IL 60601
>  Telephone: (312) 456-8400

1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Johnson Controls, Inc. and Johnson Controls, Northern New Mexico.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: _____     By:_____
                                                                          UNITED STATES NORTHERN DISTRICT JUDGE

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*