1  GREENBERG TRAURIG, LLP
   José A. Isasi, II
2  (Subject to Admission Pro Hac Vice)
   77 West Wacker Drive Suite 2500,
3  Chicago IL 60601
4  Telephone: (312) 456-8400
   Facsimile: (312) 456-8435
5  isasij@gtlaw.com

6  Lisa L. Halko - SBN 148873
   1201 K Street, Suite 1100
7  Sacramento, CA 95814-3938
   Telephone: (916) 442-1111
8  Facsimile: (916) 448-1709
   halkol@gtlaw.com
9

10 Attorneys for Defendants
   Johnson Controls, Inc. and
11 Johnson Controls, Northern New Mexico, LLC

12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16 DANA LEMANSKI,                          )   CASE NO. C 08-00548 EMC ADR
                                           )
17        Plaintiff,                       )   ALAMEDA COUNTY SUPERIOR
                                           )   COURT CASE NO.: RG07348199
18 v.                                      )
                                           )   [PROPOSED] ORDER GRANTING
19 REGENTS OF THE UNIVERSITY OF            )   APPLICATION FOR ADMISSION OF
   CALIFORNIA; JOHNSON CONTROLS,           )   ATTORNEY *PRO HAC VICE*
20 INC., a Wisconsin Corporation; and      )
   JOHNSON CONTROLS NORTHERN NEW           )
21 MEXICO, a New Mexico Company of         )
   unknown form; and DOES 2 to 100, inclusive,)
22                                         )
23        Defendants.
   _____

24        José A. Isasi, II, an active member in good standing of the bar of the State Courts of

25 Illinois whose business address and telephone number are:

26
           José A. Isasi, II
27         GREENBERG TRAURIG, LLP
           77 West Wacker Drive Suite 2500,
28         Chicago IL 60601
           Telephone: (312) 456-8400

                                                1
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

1  having applied in the above-entitled action for admission to practice in the Northern District of
2  California on a *pro hac vice* basis, representing Defendants Johnson Controls, Inc. and Johnson
3  Controls, Northern New Mexico.
4        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
5  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
6  *hac vice*. Service of papers upon and communication with co-counsel designated in the
7  application will constitute notice to the party. All future filings in this action are subject to the
8  requirements contained in General Order No. 45, *Electronic Case Filing*.

10  DATED:  February 11, 2008
11                                                        By: 



IT IS SO ORDERED
Judge Edward M. Chen