1  Steven C. Smith, Esq., SBN 116246
   William D. Chapman, Esq., SBN 100535
2  Robert J. Hadlock, Esq., SBN 174522
   SMITH, CHAPMAN & CAMPBELL
3  A Professional Law Corporation
   1800 North Broadway, Suite 200
4  Santa Ana, CA 92706
   Tel: (714) 550-7720 / Fax: (714) 550-1251
5
   Attorneys for Plaintiff
6  DANA LEMANSKI

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 DANA LEMANSKI                          )   CASE NO. C08-00548 EMC ADR
                                          )
12              Plaintiff,                )   Assigned to:
                                          )   Magistrate Edward M. Chen
13      vs.                               )
                                          )   **STIPULATION TO DISMISS ACTION**
14 REGENTS OF THE UNIVERSITY OF           )   **AGAINST REGENTS OF THE**
   CALIFORNIA; JOHNSON CONTROLS,          )   **UNIVERSITY OF CALIFORNIA AND**
15 INC., a Wisconsin Corporation; and DOES 1 ) **PROPOSED ORDER**
   to 100, inclusive                      )
16                                        )
                Defendants.                )
17                                        )
                                          )
18 _____        )

19

20 TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21      IT IS HEREBY STIPULATED TO by and between Plaintiff, DANA LEMANSKI and

22 Defendant, REGENTS OF THE UNIVERSITY OF CALIFORNIA ("UC Regents"), that these two

23 parties have entered into a settlement whereby Plaintiff agrees to dismiss his entire complaint as it

24 regards Defendant UC Regents. Both sides have agreed to bear their own costs. Plaintiff and

25 Defendant UC Regents therefore jointly request that the Court order a dismissal of Plaintiff's

26 action against Defendant UC Regents with prejudice.

27 ///

28 ///

---
1
Stipulation to Dismiss Complaint Against UC Regents

1  DATED: March 5, 2008                    SMITH, CHAPMAN & CAMPBELL
2                                          A Professional Law Corporation
3
                                           /s/ William D. Chapman
4                                          WILLIAM D. CHAPMAN
                                           ROBERT J. HADLOCK, Attorneys for
5                                          Plaintiff, DANA LEMANSKI

6  DATED: March 5, 2008                    GORDON & REES, LLP
7
8                                          /s/ Michael A. Laurenson
                                           MICHAEL A. LAURENSON, Attorneys for
9                                          Defendant REGENTS OF THE
                                           UNIVERSITY OF CALIFORNIA
10

11 GOOD CAUSE HAVING BEEN SHOWN,

12 IT IS HEREBY ORDERED that the First Amended Complaint of Plaintiff, DANA LEMANSKI

13 against Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA, and no other

14 Defendant, is hereby dismissed with prejudice. Each party is to bear its own costs.

15

16 Dated: _____            _____
                                    Honorable Edward M. Chen
17                                  Magistrate Judge of United States District
                                    Court
18

19
20
21
22
23
24
25
26
27
28

1  Steven C. Smith, Esq., SBN 116246
   William D. Chapman, Esq., SBN 100535
2  Robert J. Hadlock, Esq., SBN 174522
   SMITH, CHAPMAN & CAMPBELL
3  A Professional Law Corporation
   1800 North Broadway, Suite 200
4  Santa Ana, CA 92706
   Tel: (714) 550-7720 / Fax: (714) 550-1251
5
   Attorneys for Plaintiff
6  DANA LEMANSKI

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 DANA LEMANSKI                )  CASE NO.  C08-00548 EMC
                                )
12           Plaintiff,          )  Assigned to:
                                )  Magistrate Edward M. Chen
13     vs.                       )
                                )  CERTIFICATE OF SERVICE
14 REGENTS OF THE UNIVERSITY    )
   OF CALIFORNIA; JOHNSON        )
15 CONTROLS, INC., a Wisconsin   )
   Corporation; and DOES 1 to 100,)
16 inclusive                     )
                                )
17           Defendants.         )
                                )
18 _____

19
20 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21

22

23

24

25

26

27

28

1  STATE OF CALIFORNIA, COUNTY OF ORANGE

2      I am employed in the county of Orange State of California. I am over the age of 18 and not a party to the within action; my business address is **1800 North Broadway, Suite 200, Santa Ana, CA 92706**

4      On March 5, 2008, I served the foregoing document described as PLAINTIFF'S PARTIAL OPPOSITION TO DEFENDANTS' MOTION TO DISMISS on the interested parties in this action.

[x]  by placing the true copies thereof enclosed in sealed envelopes addressed to:

| Michael T. Lucey, Esq.<br>Michael A. Laurenson Esq.<br>Gordon & Rees LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 986-5900 / fax (415) 986-8054<br>wbh@hanley-law.com | Jose A. Isasi, II, Esq.<br>Greenberg, Taurig LLP<br>77 West Wacker Drive, Suite 2500<br>Chicago, IL 60601<br>(312) 476-5127 / fax (312) 899-0362<br>isasij@gtlaw.com |
|---|---|

[ ]  by placing the original thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[ ]  (BY PERSONAL SERVICE)
    I caused for personal delivery of envelope by hand.

[x]  (BY MAIL)

    [ ]  I deposited such envelopes in the mail at Santa Ana, California. The envelopes were mailed with postage thereon fully prepaid.
    [x]  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (BY FACSIMILE and/or EMAIL) I sent such document via facsimile or machine to each person on the attached mailing list. The facsimile machine I used complied with Rule 2003, and the transmission was reported as complete and without error on **March 5, 2008** before 5:00 p.m.

[ ]  (BY OVERNIGHT COURIER)
**I deposited such document into a Federal Express Drop Box in Santa Ana, California before the pick up cutoff time of 4:45 for delivery the next business day to the addressee(s) listed above.**

[X] By ELECTRONIC FILE TRANSER TO ECF FILE & SERVE: By transmitting a true copy of the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of the Court.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Date: March 5, 2008

_____
Dolores Cerecedes