**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LEMANSKI, | No. C08-0548 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on (1) DEFENDANT REGENTS OF THE UC'S MOTION TO DISMISS; (2) DEFENDANTS JOHNSON CONTROLS' MOTION TO DISMISS; and (3) CASE MANAGEMENT CONFERENCE set for **March 26, 2008 at 10:30 a.m.** is **reset** for **April 2, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Opposition shall be filed by March 12, 2008. Reply shall be filed by March 19, 2008.

Dated: March 5, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy