**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANA LEMANSKI,                                No. C08-0548 EMC

        Plaintiff,

    v.                                          **AMENDED CLERK'S NOTICE**

REGENTS OF THE UNIVERSITY OF
CALIFORNIA, et al.,

        Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      YOU ARE NOTIFIED THAT the hearing on  DEFENDANT REGENTS OF THE

UNIVERSITY OF CALIFORNIA'S MOTION TO DISMISS set for April 2, 2008 at

10:30 a.m. **is vacated**.

      The hearing on  (1) DEFENDANTS JOHNSON CONTROLS' MOTION TO

DISMISS; and (2) CASE MANAGEMENT CONFERENCE set for **March 26, 2008 at**

**10:30 a.m.** is **reset** for **April 2, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in

Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  Opposition

shall be filed by March 12, 2008.  Reply shall be filed by March 19, 2008.

Dated:  March 6, 2008                         FOR THE COURT,
                                             Richard W. Wieking, Clerk


                                             by:  _____
                                                  Betty Fong
                                                  Courtroom Deputy