1   GREENBERG TRAURIG, LLP
    José A. Isasi, II
2   (Subject to Admission Pro Hac Vice)
3   77 West Wacker Drive Suite 2500,
    Chicago IL 60601
4   Telephone:  (312) 456-8400
    Facsimile:  (312) 456-8435
5   isasij@gtlaw.com

6   Lisa L. Halko - SBN 148873
    1201 K Street, Suite 1100
7   Sacramento, CA  95814-3938
    Telephone:  (916) 442-1111
8   Facsimile:  (916) 448-1709
    halkol@gtlaw.com
9
    Attorneys for Defendants
10  Johnson Controls, Inc., and
    Johnson Controls, Northern New Mexico, LLC
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15  DANA LEMANSKI,                          )   CASE NO.  C08-00548 EMC ADR
                                            )
16          Plaintiff,                      )   **RENEWED REQUEST TO**
                                            )   **RESCHEDULE INITIAL CASE**
17  v.                                      )   **MANAGEMENT CONFERENCE AND**
                                            )   **HEARING ON MOTION TO DISMISS;**
18  REGENTS OF THE UNIVERSITY OF            )   **DECLARATION OF LISA L. HALKO**
    CALIFORNIA; JOHNSON CONTROLS, INC.,)   **IN SUPPORT; PROPOSED ORDER**
19  a Wisconsin corporation; and JOHNSON    )
    CONTROLS, NORTHERN NEW MEXICO, a )
20  New Mexico corporation,                 )
                                            )
21          Defendants.                     )
                                            )   **Assigned to:**
22  _____ )   **Magistrate Judge Edward M. Chen**

23

24          Defendants Johnsons Controls, Inc., and Johnson Controls, Northern New Mexico,

25  LLC, respectfully request that the Court reschedule the Case Management Conference and the

26  motion to dismiss this action pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), now

27  set for April 2, 2008 at 10:30 a.m., so that they may be heard on April 23, 2008.

28

                                            1

## DECLARATION OF LISA L. HALKO

I, Lisa L. Halko, declare:

1.      I am an attorney admitted to practice in California, and a shareholder of Greenberg Traurig LLP, attorneys for defendants Johnson Controls, Inc., and Johnson Controls, Northern New Mexico, LLC. I have personal knowledge of the following facts and, if called, could and would testify to their truth.

2.      On March 7, 2008, Ivone Cuyun of my office spoke with Ms. Betty Fong, Clerk to Magistrate Judge Chen. Ms. Fong informed Ivone Cuyun that April 23, 2008 would be a date on which the court could conveniently hear this motion.

3.      On March 7, 2008, Ms. Cuyun also informed Ms. Fong that the Case Management Conference in this matter had been scheduled for a date on which Mr. José Isasi of my firm would be unable to attend, as he was previously committed to appear in Chicago court in the matter of *Sears Holdings Corp v. Highway Technologies, et al,* Court No. 07 CH 25758.

4.      Mr. Isasi will be lead trial counsel in this matter, and his appearance at the CMC is therefore due to the Court. Mr. Isasi has argued past motions involving the same legal issues on behalf of the defendants, and his appearance at the motion to dismiss is of great importance to our client.

5.      Ms. Fong advised us to file this request to re-set the CMC and the motion to dismiss, to April 23, 2008, at 10:30 a.m.

6.      On March 6, 2008, José Isasi of this firm telephoned counsel for the plaintiff to ask whether they object to this request. Counsel for the plaintiff has not objected.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 7th day of March, 2008, at Sacramento, California.

_____
Lisa L. Halko

**RENEWED REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS; DECLARATION OF LISA L. HALKO IN SUPPORT; PROPOSED ORDER**

1

## <u>ORDER</u>

2        Good cause appearing, the Case Management Conference and the Motion to Dismiss

3   pursuant to FRCP 12(b096), which are now set for April 2, 2008 at 10:30 a.m., are continued to

4   and shall be heard at 10:30 a.m. on April 23, 2008.

5        IT IS SO ORDERED.

6

7   Dated: _____    _____

                                       Magistrate Judge Edward M. Chen

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RENEWED REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON
MOTION TO DISMISS; DECLARATION OF LISA L. HALKO IN SUPPORT; PROPOSED ORDER**