Steven C. Smith, Esq., SBN 116246
William D. Chapman, Esq., SBN 100535
Robert J. Hadlock, Esq., SBN 174522
SMITH, CHAPMAN & CAMPBELL
A Professional Law Corporation
1800 North Broadway, Suite 200
Santa Ana, CA 92706
Tel: (714) 550-7720 / Fax: (714) 550-1251

Attorneys for Plaintiff
DANA LEMANSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LEMANSKI<br><br>        Plaintiff,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; JOHNSON CONTROLS, INC., a Wisconsin Corporation; and DOES 1 to 100, inclusive<br><br>        Defendants. | CASE NO. C08-00548 EMC<br><br>Assigned to:<br>Magistrate Edward M. Chen<br><br>*EX PARTE* APPLICATION FOR PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY FOR THE INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON THE MOTION TO DISMISS; DECLARATION OF ROBERT J. HADLOCK; PROPOSED ORDER |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Plaintiff's counsel, Robert J. Hadlock, respectfully requests that the Court allow him to appear telephonically at the hearing on the Initial Case Management Conference and Motion to Dismiss now set for April 23, 2008 at 10:30 A.M. The reason for the request is that Mr. Hadlock is a quadriplegic, with limited use of his arms and hands and no use of his legs. Traveling to and attending the above mentioned hearings would be impossible without a personal attendant. Allowing Mr. Hadlock to appear telephonically is a reasonable accommodation, and therefore Plaintiff requests that the Court grant it.

# DECLARATION OF ROBERT J. HADLOCK

I, Robert J. Hadlock, declare:

1. I am an attorney admitted to practice in California. I am an associate with the law firm of Smith, Chapman & Campbell, attorneys of record for the Plaintiff in this action. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.

2. On March 10, 2008, my paralegal, Dolores, advised Ms. Betty Fong, Clerk to Magistrate Judge Chen of my request to appear telephonically at this hearing. Ms. Fong requested that I e-file my request to the Court.

3. I make this request to appear telephonically on April 23, 2008 at 10:30 A.M. based on the fact that I am a quadriplegic, with limited use of my arms and hands and no use of my legs. It would create a hardship for me to travel to the United States District Court for the Northern District of California because I would have to make arrangements and pay for a personal attendant to accompany me on the trip. I believe that allowing me to appear telephonically is a reasonable accommodation for my disability.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 10th day of March, 2008, at Santa Ana, California.

Robert J. Hadlock

# ORDER

GOOD CAUSE APPEARING, Plaintiff's counsel may appear telephonically at the Initial Case Management Conference and hearing on the Motion to Dismiss.

IT IS SO ORDERED.

Dated:_____
                                        Magistrate Judge Edward M. Chen