1  Steven C. Smith, Esq., SBN 116246
   William D. Chapman, Esq., SBN 100535
2  Robert J. Hadlock, Esq., SBN 174522
   SMITH, CHAPMAN & CAMPBELL
3  A Professional Law Corporation
   1800 North Broadway, Suite 200
4  Santa Ana, CA 92706
   Tel: (714) 550-7720 / Fax: (714) 550-1251
5
   Attorneys for Plaintiff
6  DANA LEMANSKI

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  DANA LEMANSKI                )  CASE NO.  C08-00548 EMC
                                 )
12            Plaintiff,         )  Assigned to:
                                 )  Magistrate Edward M. Chen
13     vs.                       )
                                 )  CERTIFICATE OF SERVICE
14  REGENTS OF THE UNIVERSITY    )  RE EXPARTE APPLICATION FOR
    OF CALIFORNIA; JOHNSON       )  PLAINTIFF'S COUNSEL TO
15  CONTROLS, INC., a Wisconsin  )  APPEAR TELEPHONICALLY FOR
    Corporation; and DOES 1 to 100, )  THE INITIAL CASE MANAGEMENT
16  inclusive                    )  CONFERENCE AND HEARING ON
                                 )  THE MOTION TO DISMISS
17            Defendants.        )
                                 )
18  _____

19

20
    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
21

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the county of Orange State of California. I am over the age of 18 and not a party to the within action; my business address is **1800 North Broadway, Suite 200, Santa Ana, CA 92706**

    On March 11, 2008, I served the foregoing document described as EX PARTE APPLICATION FOR PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY FOR THE INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON THE MOTION TO DISMISS; DECLARATION OF ROBERT J. HADLOCK; AND PROPOSED ORDER on the interested parties in this action.

[x]   by placing the true copies thereof enclosed in sealed envelopes addressed to:

| | |
|---|---|
| Michael T. Lucey, Esq.<br>Michael A. Laurenson Esq.<br>Gordon & Rees LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 986-5900 / fax (415) 986-8054<br>wbh@hanley-law.com | Jose A. Isasi, II, Esq.<br>Greenberg, Taurig LLP<br>77 West Wacker Drive, Suite 2500<br>Chicago, IL 60601<br>(312) 476-5127 / fax (312) 899-0362<br>isasij@gtlaw.com |

[ ]   by placing the original thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[ ]   **(BY PERSONAL SERVICE)**
    I caused for personal delivery of envelope by hand.

[x]   **(BY MAIL)**

    [ ]   I deposited such envelopes in the mail at Santa Ana, California. The envelopes were mailed with postage thereon fully prepaid.
    [x]   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **(BY FACSIMILE and/or EMAIL)** I sent such document via facsimile or machine to each person on the attached mailing list. The facsimile machine I used complied with Rule 2003, and the transmission was reported as complete and without error on **March 11, 2008** before 5:00 p.m.

[ ]   **(BY OVERNIGHT COURIER)**
    **I deposited such document into a Federal Express Drop Box in Santa Ana, California before the pick up cutoff time of 4:45 for delivery the next business day to the addressee(s) listed above.**

**[X] By ELECTRONIC FILE TRANSER TO ECF FILE & SERVE:** By transmitting a true copy of the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of the Court.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Date: March 11, 2008

                                                    Dolores Cerecedes