1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG TRAURIG, LLP
José A. Isasi, II
(Subject to Admission Pro Hac Vice)
77 West Wacker Drive Suite 2500,
Chicago IL 60601
Telephone:  (312) 456-8400
Facsimile:  (312) 456-8435
isasij@gtlaw.com

Lisa L. Halko - SBN 148873
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
halkol@gtlaw.com

Attorneys for Defendants
Johnson Controls, Inc., and
Johnson Controls, Northern New Mexico

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANA LEMANSKI,

     Plaintiff,

v.

REGENTS OF THE UNIVERSITY OF
CALIFORNIA; JOHNSON CONTROLS, INC.,
a Wisconsin corporation; and JOHNSON
CONTROLS, NORTHERN NEW MEXICO, a
New Mexico corporation,

     Defendants.

CASE NO.  C08-00548 EMC ADR

**SUPPLEMENTAL NOTICE OF
REMOVAL BY DEFENDANT
JOHNSON CONTROLS, NORTHERN
NEW MEXICO**

TO:    THE JUDGES OF THE UNITED STATES DISTRICT COURT,
       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION.

     PLEASE TAKE NOTICE THAT additional grounds for federal jurisdiction now exist

in this matter, as Defendants Johnson Controls, Inc., and Johnson Controls, Northern New

Mexico explain below:

1.     This matter was timely and properly removed to this Court under 28 U.S.C. § 1441 as a civil action brought in a state court of which the district courts of the United States have original jurisdiction.

2.     Subject matter jurisdiction is proper in this action because the claim purportedly asserted in the amended complaint is one of which the federal district courts have original jurisdiction founded upon a claim arising under the laws of the United States, including the Energy Employees' Occupational Illness Compensation Program Act of 2000, as amended, 42 U.S.C. §§ 7384 *et seq.* Subject matter and removal jurisdiction are therefore proper under 28 U.S.C. § 1441(b).

3.     On March 6, 2008, this Court dismissed with prejudice the entire action against Defendant Regents of the University of California.

4.     Plaintiff Dana Lemanski is a resident and citizen of the State of California.

5.     Defendant Johnson Controls, Northern New Mexico is a citizen of the State of New Mexico, the state in which it is incorporated.

6.     Defendant Johnson Controls, Inc., is a citizen of the State of Wisconsin, the state in which it is incorporated.

7.     The matter in controversy in this action exceeds the sum or value of $75,000.

WHEREFORE, this Court has diversity jurisdiction of this matter pursuant to 28 U.S.C. § 1332(a)(1), in addition to the grounds stated in the Notice of Removal previously filed by Defendant Johnson Controls, Northern New Mexico.

Respectfully submitted,

March 31, 2008                          GREENBERG TRAURIG LLP


By:_____/s/_____
        José A. Isasi, II
        Lisa L. Halko
        Attorneys for Defendants
        JOHNSON CONTROLS, INC., and JOHNSON
        CONTROLS, NORTHERN NEW MEXICO