GREENBERG TRAURIG, LLP
José A. Isasi, II
(admitted *pro hac vice*)
77 West Wacker Drive Suite 2500,
Chicago IL 60601
Telephone:  (312) 456-8400
Facsimile:  (312) 456-8435
isasij@gtlaw.com

Lisa L. Halko - SBN 148873
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
halkol@gtlaw.com

Attorneys for Defendants
Johnson Controls, Inc., and
Johnson Controls of Northern New Mexico, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LEMANSKI, | CASE NO.  C 08-00548 EMC ADR |
| Plaintiff, | **DECLARATION OF JOSÉ A. ISASI, II IN SUPPORT OF JOHNSON CONTROLS OF NORTHERN NEW MEXICO, LLC'S AND JOHNSON CONTROLS, INC.'S MOTION TO TRANSFER VENUE TO THE DISTRICT OF NEW MEXICO** |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; JOHNSON CONTROLS, INC., a Wisconsin corporation; and JOHNSON CONTROLS, NORTHERN NEW MEXICO, a New Mexico corporation, | |
| Defendants. | **Assigned to:**<br>**Magistrate Judge Edward M. Chen** |

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | ss: |
| COUNTY OF COOK | ) | |

I, José A. Isasi, II, having first been duly sworn, states and deposes as follows:

1

1. My name is José A. Isasi, II. I am above the age of eighteen and am otherwise competent to execute this Declaration. Unless otherwise indicated, all statements in this Declaration are based upon my personal knowledge. If called, I would testify as follows:

2. Since 1999, I have served as counsel for Johnson Controls, Inc. Since 2004, I have served as counsel for Johnson Controls of Northern New Mexico, LLC. (collectively, "Defendants").

3. During the course of my representation of the Defendants, I have served as counsel of record, including at trial and appeal, for Johnson Controls of Northern New Mexico, LLC ("JCNNM"), in prior litigation arising from services provided by JCNNM at Los Alamos National Laboratory ("LANL"). Until 2003, JCNNM provided services at LANL pursuant to a subcontract it entered into with the Board of Regents of the University of California, which itself was under contract with the United States Department of Energy (DOE) for the operation of LANL.

4. On February 6, 2003, JCNNM's contract at LANL ended and a new entity, KSL Services Joint Venture ("KSL"), assumed those contractual responsibilities. I have been advised by many of the former JCNNM employees that they were immediately hired by KSL to continue, uninterrupted, their services at LANL. I have also been advised that, pursuant to the change in subcontractors, the vast majority of records pertaining to JCNNM's operations at LANL during the JCNNM contract term, which includes the time period at issue in this litigation, remained at LANL for use by KSL.

5. I served as counsel of record, including through trial, in the matter of *Marc Allen Pearson, et al. v. The Board of Regents of the University of California, et al.*, No. D-101-CV-200401655 (1st Judicial Ct., Cty. of Santa Fe, NM). That suit involved claims of alleged personal injury to certain individuals employed by JCNNM at LANL due to alleged exposure to toxic

DECLARATION OF JOSÉ A. ISASI, II IN SUPPORT OF JOHNSON CONTROLS OF NORTHERN NEW MEXICO, LLC'S AND
JOHNSON CONTROLS, INC.'S MOTION TO TRANSFER VENUE TO THE DISTRICT OF NEW MEXICO

fumes. I was trial counsel for JCNNM in that matter, and the case was tried to jury verdict in June of 2007. The jury returned a defense verdict for JCNNM, and the plaintiffs appealed, although that appeal was ultimately dismissed.

6.    Due to my involvement in the *Pearson* matter, I became personally familiar with the process of obtaining documents, information, and witness testimony pertaining to events at LANL. Discovery involving LANL is quite different from discovery in a more typical private party personal injury action. LANL is a DOE research and manufacturing facility at which plutonium for nuclear weapons is processed and nuclear weapons are designed. As a consequence, it is one of this nation's most secure facilities. Also as a consequence, obtaining discovery related to events which occur at LANL is complex and time consuming.

7.    The Office of Laboratory Counsel (Lab Counsel), which provides advice and counsel to LANL management, and which was involved in document production, site visits and other discovery matter in the *Pearson* case, and which, upon information and belief, would play a similar role in the Plaintiff's present lawsuit, is located in the town of Los Alamos, N.M. Upon information and belief, any LANL records related to the 2000 fire or incidents of mercury spills and exposure to mercury fumes alleged in the complaint would be located at Los Alamos, N.M. Additionally, employees at LANL who are injured on the job often seek treatment at either the LANL Occupational Medicine Clinic (HSR-2) or at Los Alamos Medical Center located in Los Alamos, N.M.

8.    Access to LANL by counsel for parties is restricted and can only occur when escorted by individuals possessing a security clearance; in certain instances, only when escorted by those possessing a high level "Q" security clearance. Notes taken while at LANL, including those that would otherwise be deemed attorney work product, must be reviewed by the Office of Lab

3

Counsel to ensure that classified information is not contained therein. Photography of any particular site within LANL, such as the locations where Plaintiff in this case claims to have been exposed to toxic fumes, cannot be undertaken by counsel or retained photographers, but must be conducted by LANL personnel, with all photographs reviewed by the Lab Counsel before being released. A subpoena served on contractors or subcontractors at LANL pertaining to LANL operations is referred to the Lab Counsel for review, and all documents potentially responsive to the subpoena must be similarly reviewed to ensure that no classified material is contained in those documents.

9.    Over the years, there have been numerous personal injury lawsuits arising from events at LANL that required discovery to be undertaken. I am personally familiar with several of these lawsuits, including lawsuits filed in the U.S. District Court for the District of New Mexico. Judges on this bench are familiar with the peculiarities related to discovery of incidents arising at, and documents held at, LANL.

10.    I am personally unaware of any individuals (including the Plaintiff) who have any connection to the Plaintiff's lawsuit in this matter and who reside within the geographic boundaries of the Northern District of California. On the other hand, I am aware of individuals who had management level responsibility of JCNNM's operations at LANL who presently reside within the geographic boundaries of the Federal Judicial District of New Mexico.

11.    Attached as Exhibit A to this Declaration is the Judicial Caseload Profile for the U.S. District Court for the District of New Mexico (2007). Attached as Exhibit B to this Declaration is the Judicial Caseload Profile for the U.S. District Court for the Northern District of California (2007). I personally obtained these reports from the Federal Court Management Statistics website, which can be found at http://www.uscourts.gov/cgi-bin/cmsd2007.pl.

4

FURTHER AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury under the laws of the state of Illinois the forgoing is true and correct.

April 16, 2008

Respectfully submitted

By: _____

José A. Isasi, II
Lisa L. Halko
Greenberg Traurig, LLP
Attorneys for Defendants
JOHNSON CONTROLS, INC., and
JOHNSON CONTROLS OF NORTHERN
NEW MEXICO, LLC

Subscribed and sworn to before me,
this *16th* day of April, 2008.

_____
Notary Public

OFFICIAL SEAL
KRISTA L. ATTREAU
Notary Public - State of Illinois
My Commission Expires Dec 08, 2010

5

# EXHIBIT A

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NEW MEXICO** | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 4,392 | 4,616 | 4,680 | 4,416 | 4,250 | 3,991 | | |
| | Terminations | | 4,322 | 4,799 | 4,594 | 4,251 | 3,862 | 3,533 | | |
| | Pending | | 2,791 | 2,550 | 2,690 | 2,658 | 2,604 | 2,567 | | |
| | % Change in Total Filings | Over Last Year | | -4.9 | | | | | 64 | 6 |
| | | Over Earlier Years | | | -6.2 | -.6 | 3.3 | 10.0 | 16 | 2 |
| | Number of Judgeships | | 7 | 7 | 7 | 7 | 7 | 6 | | |
| | Vacant Judgeship Months** | | .0 | .0 | .0 | 8.1 | 4.9 | 4.4 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 627 | 660 | 669 | 631 | 607 | 666 | 11 | 1 |
| | | Civil | 207 | 190 | 203 | 212 | 231 | 267 | 77 | 7 |
| | | Criminal Felony | 336 | 397 | 405 | 364 | 340 | 357 | 2 | 1 |
| | | Supervised Release Hearings** | 84 | 73 | 61 | 55 | 36 | 42 | 6 | 1 |
| | Pending Cases | | 399 | 364 | 384 | 380 | 372 | 428 | 39 | 1 |
| | Weighted Filings** | | 527 | 548 | 586 | 579 | 570 | 637 | 20 | 1 |
| | Terminations | | 617 | 686 | 656 | 607 | 552 | 589 | 9 | 1 |
| | Trials Completed | | 21 | 23 | 32 | 28 | 20 | 29 | 43 | 4 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 3.1 | 3.4 | 3.7 | 3.7 | 3.9 | 4.4 | 1 | 1 |
| | | Civil** | 9.3 | 10.7 | 10.3 | 11.1 | 10.0 | 10.0 | 48 | 4 |
| | From Filing to Trial** (Civil Only) | | 20.4 | 15.8 | 19.4 | 20.5 | 21.7 | 17.0 | 26 | 4 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 56 | 58 | 51 | 55 | 49 | 42 | | |
| | | Percentage | 3.5 | 4.3 | 4.0 | 3.9 | 3.3 | 2.9 | 36 | 3 |
| | Average Number of Felony Defendants Filed Per Case | | 1.1 | 1.1 | 1.2 | 1.2 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 43.67 | 41.08 | 35.37 | 31.14 | 33.29 | 32.32 | | |
| | | Percent Not Selected or Challenged | 30.1 | 24.8 | 22.1 | 19.9 | 29.1 | 21.7 | | |

| 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1449 | 61 | 61 | 298 | 48 | 20 | 34 | 165 | 168 | 26 | 451 | 8 | 109 |
| Criminal* | 2340 | 241 | 154 | 1631 | 117 | 39 | 69 | 43 | 8 | 13 | 13 | 6 | 6 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# EXHIBIT B

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | Numerical Standing | |
| | | | | | | | | | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 7,970 | 8,683 | 6,362 | 6,727 | 6,919 | 7,887 | | |
| | Terminations | | 6,777 | 6,983 | 6,966 | 6,471 | 7,094 | 6,675 | | |
| | Pending | | 9,005 | 8,157 | 6,557 | 7,267 | 7,567 | 7,958 | | |
| | % Change in Total Filings | Over Last Year | | -8.2 | | | | | 79 | 15 |
| | | Over Earlier Years | | | 25.3 | 18.5 | 15.2 | 1.1 | 35 | 5 |
| Number of Judgeships | | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| Vacant Judgeship Months** | | | .0 | .0 | .0 | .0 | 3.1 | 12.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 569 | 620 | 455 | 480 | 494 | 563 | 15 | 4 |
| | | Civil | 505 | 558 | 390 | 413 | 424 | 510 | 8 | 2 |
| | | Criminal Felony | 33 | 37 | 39 | 44 | 47 | 42 | 86 | 14 |
| | | Supervised Release Hearings** | 31 | 25 | 26 | 23 | 23 | 11 | 28 | 10 |
| | Pending Cases | | 643 | 583 | 468 | 519 | 541 | 568 | 12 | 2 |
| | Weighted Filings** | | 624 | 621 | 543 | 581 | 631 | 598 | 8 | 2 |
| | Terminations | | 484 | 499 | 498 | 462 | 507 | 477 | 30 | 7 |
| | Trials Completed | | 8 | 8 | 10 | 10 | 11 | 11 | 92 | 14 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 12.4 | 11.2 | 12.6 | 11.1 | 11.7 | 11.8 | 82 | 14 |
| | | Civil** | 6.7 | 7.4 | 9.8 | 8.2 | 10.6 | 9.5 | 11 | 2 |
| | From Filing to Trial** (Civil Only) | | 24.9 | 25.0 | 28.0 | 22.5 | 30.3 | 23.5 | 46 | 7 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 393 | 528 | 530 | 430 | 377 | 475 | | |
| | | Percentage | 4.7 | 7.3 | 9.5 | 6.9 | 5.7 | 6.7 | 51 | 5 |
| | Average Number of Felony Defendants Filed Per Case | | 1.2 | 1.5 | 1.5 | 1.4 | 1.5 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 53.81 | 59.09 | 55.21 | 61.19 | 65.00 | 66.42 | | |
| | | Percent Not Selected or Challenged | 41.9 | 43.2 | 31.0 | 48.9 | 40.9 | 47.2 | | |

| 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7074 | 122 | 975 | 1610 | 94 | 44 | 534 | 527 | 243 | 533 | 732 | 422 | 1238 |
| Criminal* | 455 | 6 | 72 | 162 | 40 | 64 | 11 | 38 | 5 | 6 | 16 | 15 | 20 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."