GREENBERG TRAURIG, LLP
José A. Isasi, II
(admitted *pro hac vice*)
77 West Wacker Drive Suite 2500,
Chicago IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
isasij@gtlaw.com

Lisa L. Halko - SBN 148873
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
halkol@gtlaw.com

Attorneys for Defendants
Johnson Controls, Inc., and
Johnson Controls of Northern New Mexico, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LEMANSKI,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; JOHNSON CONTROLS, INC., a Wisconsin corporation; and JOHNSON CONTROLS, NORTHERN NEW MEXICO, a New Mexico corporation,<br><br>Defendants. | CASE NO. C 08-00548 EMC ADR<br><br>**DEFENDANTS JOHNSON CONTROLS OF NORTHERN NEW MEXICO, LLC AND JOHNSON CONTROLS, INC.'S NOTICE OF INTERESTED PARTIES**<br><br>Civil Local Rule 3.16<br><br>**Assigned to:**<br>**Magistrate Judge Edward M. Chen** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendants, Johnson Controls of Northern New Mexico, LLC and Johnson Controls, Inc., certify that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable to the Court to evaluate possible disqualification or recusal.

1. IAP Worldwide Services, Inc.

1 | On or about December, 2004, Johnson Controls, Inc. sold to IAP Worldwide Services, Inc., all shares in Johnson Controls World Services, Inc. (JCWS). JCWS was the majority participant in the joint venture Johnson Controls of Northern New Mexico, LLC.

April 16, 2008                                GREENBERG TAURIG, LLP

                                              By: _____
                                              José A. Isasi, II
                                              Lisa L. Halko
                                              Attorneys for Defendants
                                              JOHNSON CONTROLS, INC., and
                                              JOHNSON CONTROLS OF NORTHERN
                                              NEW MEXICO, LLC