**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LEMANSKI, | No. C08-0548 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **DEFENDANTS JOHNSON CONTROLS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF NEW MEXICO** set for May 21, 2008 at 10:30 a.m. is reset for **May 21, 2008 at 3:00 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  Opposition shall be filed by April 30, 2008.  Reply shall be filed by May 7, 2008.

Dated:  April 18, 2008                                             FOR THE COURT,
                                                                                      Richard W. Wieking, Clerk

                                                                                      by: _____
                                                                                            Betty Fong
                                                                                            Courtroom Deputy