**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** April 23, 2008

**Case No:**     C08-0548 EMC                    **FTR Time:**    11:08-11:23 a.m.

**Court Reporter**: Juanita Gonzalez
(925)978-3411

**Case Name:**      Dana Lemanski v. Regents of University of California, et al.

**Attorneys:**    Robert Hadlock for Plaintiff (By phone: 714-550-7720)
Jose Isasi and Lisa Halko for Defendant Johnson Controls

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

- (1)  DEFENDANTS JOHNSON CONTROLS' MOTION TO DISMISS - held
- (2) CASE MANAGEMENT CONFERENCE - Not held

**ORDERED AFTER HEARING:**

1 & 2) Court took Defendants Johnson Controls' motion under submission and will reset Defendant's motion to transfer venue from 5/21/08 to a date after resolution of Defendants Johnson Controls' motion to dismiss.  Court to issue order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ x ]  Court

**Case continued to:**

**cc: EMC**