**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LEMANSKI, | No. C08-0548 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **DEFENDANTS JOHNSON CONTROLS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF NEW MEXICO** set for May 21, 2008 at 3:00 p.m. before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 **is hereby vacated**.  The Court will notify counsel of new hearing date.

Dated: May 5, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy