GREENBERG TRAURIG, LLP
Lisa L. Halko - SBN 148873
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
halkol@gtlaw.com

José A. Isasi, II
(Subject to Admission Pro Hac Vice)
77 West Wacker Drive Suite 2500,
Chicago IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
isasij@gtlaw.com

Attorneys for Defendants
Johnson Controls, Inc., and
Johnson Controls, Northern New Mexico, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LEMANSKI, | CASE NO. C 08-00548 EMC ADR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)** |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; JOHNSON CONTROLS, INC., a Wisconsin Corporation; JOHNSON CONTROLS, NORTHERN NEW MEXICO, and DOES 1 to 100, inclusive, | Date: August 13, 2008 Time: 10:30 a.m. Dept. C. 15th Floor |
| Defendants. | Assigned to: Magistrate Judge Edward M. Chen |

The motion of Defendants Johnson Controls, Inc., and Johnson Controls of Northern New Mexico, LLC, to dismiss this action pursuant to FRCP 12(b)(6) came on regularly before this Court on August 13, 2008, at 10:30 a.m. The Court having read the papers submitted in support of and in opposition to said motion and having considered the arguments of counsel, and on good cause appearing therefore,

IT IS ORDERED that Defendants' Motion to Dismiss is granted.

DATED: _____     _____
                                 MAGISTRATE JUDGE EDWARD M. CHEN

## DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am an employee of Greenberg Traurig LLP, and my business address is 1201 K Street, Suite 1100, Sacramento, CA  95814.  On this day I caused to be served the following document(s):

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**

☒ By placing a true copy, in a sealed envelope, with postage fully prepaid, in the United States Post Office mail at Sacramento, California, addressed as set forth below.  I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mail box after the close of the day's business.

☐ By personal delivery of a true copy to the person and at the address set forth below.

☐ By Federal Express Mail to the person and at the address set forth below.

☒ By transmitting a true copy by facsimile to the person and at the facsimile number set forth below.

Steve C. Smith                          *Attorney for Plaintiff*
William D. Chapman
Robert J. Hadlock
SMITH, CHAPMAN & CAMPBELL
1800 North Broadway, Suite 200
Santa Ana, CA 92706
(714) 550-7720
(714) 550-1251 fax

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on *June 16, 2008,* at Sacramento, California.

YVONE CUYUN

[PROPOSED] ORDER GRANTING MOTION TO DISMISS