Steven C. Smith, Esq., SBN 116246
William D. Chapman, Esq., SBN 100535
Robert J. Hadlock, Esq., SBN 174522
SMITH, CHAPMAN & CAMPBELL
A Professional Law Corporation
1800 North Broadway, Suite 200
Santa Ana, CA 92706
Tel: (714) 550-7720 / Fax: (714) 550-1251

Attorneys for Plaintiff
DANA LEMANSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LEMANSKI<br><br>            Plaintiff,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; JOHNSON CONTROLS, INC., a Wisconsin Corporation; and DOES 1 to 100, inclusive<br><br>            Defendants. | CASE NO. C08-00548 EMC<br><br>Assigned to:<br>Magistrate Edward M. Chen<br><br>*EX PARTE* APPLICATION FOR PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY FOR DEFENDANTS' MOTION TO DISMISS; AND DECLARATION OF ROBERT J. HADLOCK<br><br>Date:    August 13, 2008<br>Time:   10:30 AM<br>Dept:    C, 15th Floor<br>Before:  Hon. Edward M. Chen |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      Plaintiff's counsel, Robert J. Hadlock, respectfully requests that the Court allow him to appear telephonically at the hearing on the Defendants' Motion to Dismiss now set for August 13, 2008 at 10:30 A.M. The reason for the request is that Mr. Hadlock is a quadriplegic, with limited use of his arms and hands and no use of his legs. Traveling to and attending the above mentioned hearings would be impossible without a personal attendant. Allowing Mr. Hadlock to appear telephonically is a reasonable accommodation, and therefore Plaintiff requests that the Court grant it.

## DECLARATION OF ROBERT J. HADLOCK

I, Robert J. Hadlock, declare:

1. I am an attorney admitted to practice in California. I am an associate with the law firm of Smith, Chapman & Campbell, attorneys of record for the Plaintiff in this action. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.

2. I make this request to appear telephonically on August 13, 2008 at 10:30 A.M. based on the fact that I am a quadriplegic, with limited use of my arms and hands and no use of my legs. It would create a hardship for me to travel to the United States District Court for the Northern District of California because I would have to make arrangements and pay for a personal attendant to accompany me on the trip. I believe that allowing me to appear telephonically is a reasonable accommodation for my disability.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 23rd day of July, 2008, at Santa Ana, California.

_____
Robert J. Hadlock

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the county of Orange State of California. I am over the age of 18 and not a party to the within action; my business address is **1800 North Broadway, Suite 200, Santa Ana, CA 92706**

On July 23, 2008, I served the foregoing document described as **EXPARTE APPLICATION FOR PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY FOR DEFENDANTS' MOTION TO DISMISS; and DECLARATION OF ROBERT J.HADLOCK** on the interested parties in this action.

[x]  by placing the true copies thereof enclosed in sealed envelopes addressed to:

| | |
|---|---|
| Michael T. Lucey, Esq.<br>Michael A. Laurenson Esq.<br>Gordon & Rees LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 986-5900 / fax (415) 986-8054<br>wbh@hanley-law.com<br><br>Lisa L. Halko, Esq.<br>1201 K Street, Suite 1100<br>Sacramento, CA 95814-3938<br>(916) 442-1111/ fax (916) 448-1709<br>halkol@gtlaw.com | Jose A. Isasi, II, Esq.<br>Greenberg, Taurig LLP<br>77 West Wacker Drive, Suite 2500<br>Chicago, IL 60601<br>(312) 476-5127 / fax (312) 899-0362<br>isasij@gtlaw.com |

[ ]  by placing the original thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[ ]  **(BY PERSONAL SERVICE)**
I caused for personal delivery of envelope by hand.

[ x ]  **(BY MAIL)**

[ ]  I deposited such envelopes in the mail at Santa Ana, California. The envelopes were mailed with postage thereon fully prepaid.

[ x ]  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **(BY FACSIMILE and/or EMAIL)** I sent such document via facsimile or machine to each person on the attached mailing list. The facsimile machine I used complied with Rule 2003, and the transmission was reported as complete and without error on **July 23, 2008** before 5:00 p.m.

[ ]  **(BY OVERNIGHT COURIER)**
**I deposited such document into a Federal Express Drop Box in Santa Ana, California before the pick up cutoff time of 4:45 for delivery the next business day to the addressee(s) listed above.**

**[X] By ELECTRONIC FILE TRANSER TO ECF FILE & SERVE:** By transmitting a true copy of the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of the Court.

1  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

2

3  Date: July 23, 2008

                                            Dolores Cerecedes

3

Steven C. Smith, Esq., SBN 116246
William D. Chapman, Esq., SBN 100535
Robert J. Hadlock, Esq., SBN 174522
SMITH, CHAPMAN & CAMPBELL
A Professional Law Corporation
1800 North Broadway, Suite 200
Santa Ana, CA 92706
Tel: (714) 550-7720 / Fax: (714) 550-1251

Attorneys for Plaintiff
DANA LEMANSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LEMANSKI<br><br>                    Plaintiff,<br><br>    vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; JOHNSON CONTROLS, INC., a Wisconsin Corporation; and DOES 1 to 100, inclusive<br><br>                    Defendants. | CASE NO. C08-00548 EMC<br><br>Assigned to:<br>Magistrate Edward M. Chen<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY FOR DEFENDANTS' MOTION TO DISMISS<br><br>Date:     August 13, 2008<br>Time:    10:30 AM<br>Dept:    C, 15th Floor<br>Before:  Hon. Edward M. Chen |

GOOD CAUSE APPEARING, Plaintiff's counsel may appear telephonically on the August 13, 2008 hearing on the Motion to Dismiss.

IT IS SO ORDERED.

Dated:_____

_____
Magistrate Judge Edward M. Chen

---

[PROPOSED] ORDER RE PLAINTIFF'S EXPARTE APPLICATION TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS

1  **STATE OF CALIFORNIA, COUNTY OF ORANGE**

2      I am employed in the county of Orange State of California. I am over the age of 18 and not a party to the within action; my business address is **1800 North Broadway, Suite 200, Santa Ana, CA 92706**

3  

4      On July 23, 2008, I served the foregoing document described as [PROPOSED] **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY FOR DEFENDANTS' MOTION TO DISMISS** on the interested parties in this action.

6  [x]    by placing the true copies thereof enclosed in sealed envelopes addressed to:

| Michael T. Lucey, Esq.<br>Michael A. Laurenson Esq.<br>Gordon & Rees LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 986-5900 / fax (415) 986-8054<br>wbh@hanley-law.com<br><br>Lisa L. Halko, Esq.<br>1201 K Street, Suite 1100<br>Sacramento, CA 95814-3938<br>(916) 442-1111/ fax (916) 448-1709<br>halkol@gtlaw.com | Jose A. Isasi, II, Esq.<br>Greenberg, Taurig LLP<br>77 West Wacker Drive, Suite 2500<br>Chicago, IL 60601<br>(312) 476-5127 / fax (312) 899-0362<br>isasij@gtlaw.com |
|---|---|

[ ]    by placing the original thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[ ]    **(BY PERSONAL SERVICE)**
    I caused for personal delivery of envelope by hand.

[x]    **(BY MAIL)**

    [_]    I deposited such envelopes in the mail at Santa Ana, California. The envelopes were mailed with postage thereon fully prepaid.
    [x]    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **(BY FACSIMILE and/or EMAIL)** I sent such document via facsimile or machine to each person on the attached mailing list. The facsimile machine I used complied with Rule 2003, and the transmission was reported as complete and without error on **July 23, 2008** before 5:00 p.m.

[ ]    **(BY OVERNIGHT COURIER)**
    **I deposited such document into a Federal Express Drop Box in Santa Ana, California before the pick up cutoff time of 4:45 for delivery the next business day to the addressee(s) listed above.**

[X] By **ELECTRONIC FILE TRANSER TO ECF FILE & SERVE:** By transmitting a true copy of the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of the Court.

2

1   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

2

3   Date: July 23, 2008

                                      Dolores Cerecedes