Steven C. Smith, Esq., SBN 116246
William D. Chapman, Esq., SBN 100535
Robert J. Hadlock, Esq., SBN 174522
SMITH, CHAPMAN & CAMPBELL
A Professional Law Corporation
1800 North Broadway, Suite 200
Santa Ana, CA 92706
Tel: (714) 550-7720 / Fax: (714) 550-1251

Attorneys for Plaintiff
DANA LEMANSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LEMANSKI<br><br>    Plaintiff,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; JOHNSON CONTROLS, INC., a Wisconsin Corporation; and DOES 1 to 100, inclusive<br><br>    Defendants. | CASE NO. C08-00548 EMC<br><br>Assigned to:<br>Magistrate Edward M. Chen<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY FOR DEFENDANTS' MOTION TO DISMISS<br><br>Date:    August 13, 2008<br>Time:    10:30 AM<br>Dept:    C, 15th Floor<br>Before:  Hon. Edward M. Chen |

GOOD CAUSE APPEARING, Plaintiff's counsel may appear telephonically on the August 13, 2008 hearing on the Motion to Dismiss.

IT IS SO ORDERED.

Dated: July 25, 2008

_____
Magistrate

*IT IS SO ORDERED*
*[signature] Judge Edward M. Chen*

1
[PROPOSED] ORDER RE PLAINTIFF'S EXPARTE APPLICATION TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the county of Orange State of California. I am over the age of 18 and not a party to the within action; my business address is **1800 North Broadway, Suite 200, Santa Ana, CA 92706**

On July 23, 2008, I served the foregoing document described as [PROPOSED] **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY FOR DEFENDANTS' MOTION TO DISMISS** on the interested parties in this action.

[x]  by placing the true copies thereof enclosed in sealed envelopes addressed to:

| | |
|---|---|
| Michael T. Lucey, Esq.<br>Michael A. Laurenson Esq.<br>Gordon & Rees LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 986-5900 / fax (415) 986-8054<br>wbh@hanley-law.com<br><br>Lisa L. Halko, Esq.<br>1201 K Street, Suite 1100<br>Sacramento, CA 95814-3938<br>(916) 442-1111/ fax (916) 448-1709<br>halkol@gtlaw.com | Jose A. Isasi, II, Esq.<br>Greenberg, Taurig LLP<br>77 West Wacker Drive, Suite 2500<br>Chicago, IL 60601<br>(312) 476-5127 / fax (312) 899-0362<br>isasij@gtlaw.com |

[ ]  by placing the original thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[ ]  **(BY PERSONAL SERVICE)**
I caused for personal delivery of envelope by hand.

[x]  **(BY MAIL)**

[_]  I deposited such envelopes in the mail at Santa Ana, California. The envelopes were mailed with postage thereon fully prepaid.
[x]  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **(BY FACSIMILE and/or EMAIL)** I sent such document via facsimile or machine to each person on the attached mailing list. The facsimile machine I used complied with Rule 2003, and the transmission was reported as complete and without error on **July 23, 2008** before 5:00 p.m.

[ ]  **(BY OVERNIGHT COURIER)**
**I deposited such document into a Federal Express Drop Box in Santa Ana, California before the pick up cutoff time of 4:45 for delivery the next business day to the addressee(s) listed above.**

[X] **By ELECTRONIC FILE TRANSER TO ECF FILE & SERVE:** By transmitting a true copy of the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of the Court.

2

1  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Date: July 23, 2008

_____
Dolores Cerecedes

3