**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LEMANSKI, | No. C08-0548 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **DEFENDANTS JOHNSON CONTROLS' MOTION TO DISMISS** set for August 13, 2008 at 10:30 a.m. is rescheduled for August 20, 2008 at 10:30 a.m. before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  Briefing schedule remains the same as previously set.

Dated:  August 7, 2008          FOR THE COURT,
                                Richard W. Wieking, Clerk

                                by: _____
                                    Betty Fong
                                    Courtroom Deputy