**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

## CIVIL MINUTES

**E-FILING**

**Date:** August 20, 2008

**Case No:** C08-0548 EMC                         **FTR Time:**   11:18-11:42 a.m.

**Case Name:** Lemanski v. Johnson Controls, et al.      **Court Reporter:** Sahar McVickar

    **Attorneys:**   Robert Hadlock for Plaintiff
                      Jose Isasi for Defendants

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

- DEFENDANTS JOHNSON CONTROLS' MOTION TO DISMISS

**ORDERED AFTER HEARING:**

Court took matter under submission and will issue order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ x ]  Court

**Case continued to:**

**cc: EMC**